IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA Incorporated, | ) | No. CV11-2550-PHX-SRB |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Allison M. Perry, | ) | |
| Respondent. | ) | |

The Court has considered Petitioner's Status Report filed on December 27, 2012,

IT IS ORDERED dismissing this case without prejudice.

DATED this 3rd day of January, 2013.

_____
Susan R. Bolton
United States District Judge